UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 5:26-cv-01086-HDV-AS | Date | March 9, 2026 |
|---|---|---|---|
| Title | *Alfredo Barrera Renteria v. Todd Lyons et al.* | | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) ORDER DENYING PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]

Petitioner Alfredo Barrera Renteria, proceeding in pro per, filed a Petition for Writ of Habeas Corpus on March 9, 2026. [Dkt. 1]. Petitioner filed an *Ex Parte* Application for Temporary Restraining Order on the same day (the "Application"). [Dkt. 2]. Petitioner alleges he was detained in October 2025 and requested a bond hearing before the Immigration Court, but that bond was denied.

The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that, although Petitioner has shown numerous forms of irreparable harm, as of now, he has not met his burden of establishing a probability of success on the merits. Petitioner has been detained for approximately four months, was given a bond hearing, but alleges that the hearing was not "constitutionally adequate." As of now, Petitioner has not provided enough evidence of constitutional inadequacy to warrant granting injunctive relief. The Court therefore denies the Application, without prejudice.

The Court refers the case to the Federal Public Defender ("FPD") for consideration of appointment of counsel for Petitioner. The FPD is ordered to file a response by **March 16, 2026**, indicating whether the FPD will represent Petitioner in this matter. This obligation shall be satisfied if the FPD files a notice of appearance in this case. The Clerk of Court is directed to serve a copy of this order on the FPD.

**IT IS SO ORDERED.**

**cc: Jonathan Aminoff, FPD non-capital habeas chief**