UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-01086-HDV-AS | Date | April 9, 2026 |
|---|---|---|---|

Title    *Alfredo Barrera Renteria v. Todd Lyons et al.*

Present: The Honorable    Hernán D. Vera, United States District Judge

| Daniel Torrez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:    (IN CHAMBERS) ORDER DENYING PETITIONER'S RENEWED APPLICATION FOR TEMPORARY RESTRAINING ORDER [10]**

Petitioner Alfredo Barrera Renteria, proceeding in pro per, filed a Petition for Writ of Habeas Corpus on March 9, 2026. [Dkt. 1]. Petitioner filed an *Ex Parte* Application for Temporary Restraining Order on the same day. [Dkt. 2]. Petitioner alleges he was detained in October 2025 and requested a bond hearing before the Immigration Court, but that bond was denied. The Court applied the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and denied the Application on the grounds that Petitioner "has not provided enough evidence of constitutional inadequacy to warrant granting injunctive relief." [Dkt. 4].

Petitioner filed a renewed *Ex Parte* Application for Temporary Restraining Order on March 30, 2026. [Dkt. 10]. In the renewed Application, Petitioner asserts supplemental information—that his Individual Merits Hearing is scheduled before an Immigration Judge on April 15, 2026—demonstrating that he is likely to suffer irreparable harm. [Dkt. 10] at 1. However, Petitioner has not offered any additional information to show that he is likely to succeed on the merits. Specifically, Petitioner alleges he has been detained for approximately five months, was given a bond hearing, but that bond was denied because he was determined to be a flight risk. Petitioner claims that the hearing was inadequate, but without further support for that allegation the Court cannot find that he is likely to succeed on the merits of his claim.

The Court therefore denies the renewed Application.

**IT IS SO ORDERED.**