**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| ALFREDO BARRERA RENTERIA, **A-246-060-230** | Case No. EDCV 26-1086-HDV (AS) |
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND** |
| TODD LYONS, et al., | **RECOMMENDATIONS OF UNITED** |
| Respondents. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting the Petition, and enjoining Respondents from continuing to detain Petitioner unless he is provided a new bond hearing within seven (7) days at which the government bears the burden to prove by clear and

convincing evidence that Petitioner poses a risk of flight or danger to the community.

**IT IS FURTHER ORDERED** that Respondents file a status report within ten (10) days addressing whether Petitioner has received a bond hearing, the outcome of that hearing, and Respondents' compliance with the Court's Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 11, 2026

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

2