JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| ALFREDO BARRERA RENTERIA, **A-246-060-230**      Petitioner, <br><br>    v. <br><br> TODD LYONS, et al., <br><br>          Respondents. | Case No. EDCV 26-1086-HDV (AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: June 11, 2026

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE